Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*October 30, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § | **Criminal No. 4:24-cr-00561** |
| § | |
| **ANAS SAID** § | **FILED UNDER SEAL** |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
**(Attempting to provide material support or resources to a designated foreign terrorist organization)**

From between in or about January 2017, to in or about October 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**ANAS SAID,**

did knowingly attempt to provide material support and resources, to wit: personnel (himself) and services, including producing videos and propaganda, to a foreign terrorist organization, namely, the Islamic State of Iraq and al-Sham (ISIS), which at all relevant times was designated by the Secretary of State, knowing that ISIS was a designated foreign terrorist organization, and that ISIS had engaged in and was engaging in terrorist activity and terrorism.

In violation of Title 18, United States Code, Sections 2339B and 2.

A TRUE BILL

Original Signature on File
_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Steven Schammel
Assistant United States Attorney