

4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

**Bloodthirsty and boastful, Islamic State (IS)-aligned units continue to justify the attack in the Russian capital and incite lone wolves to mobilize and strike**

**In the ongoing propaganda drive in the wake of the IS-claimed operation at Crocus City Hall in Krasnogors, media groups including al-Battar, Dera' al-Sunni, Morhafat, and Serah al-Khilafah have contributed several posters on March 24, 2024. The messages displayed on these graphics portray the events as retribution for Russian military actions in Syria and elsewhere and remind supporters of the calls from former IS spokesmen for domestic attacks in the West.**

**Below are the posters and their translation:**

**[al-Morhafat]**

Today...Today is the Day of Retribution

The Fiercest Attack in Years... A Bloody Attack by the Islamic State in the Heart of Russia

If you forget that you killed Muslims in Sham, Afghanistan, and other Muslim countries, then the soldiers of the Caliphate have not forgotten you, and today you and your allies will taste from the same cup, and unto Allah is all praise and gratitude.

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.
Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

Know that the blood of the disbelievers is permissible and not protected by clothing... Civilian dress does not protect their blood and military uniform is not the only that makes it permissible. Rather, one is protected by Islam, and one is made permissible by disbelief.

Hundreds of Christian Russians killed and wounded

A large part of the location destroyed

All sporting, cultural, and other events canceled in Moscow

Krasnogorsk city, on the outskirts of the Russian capital, Moscow

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.
Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

# Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

موسكو
كراسنوجورس

اليَوْمَ يَوْمُ القِصَاصِ

تُزاحُ فيه النّواصي ... بِحَدِّ سَيْفٍ وإلا ... بِوابِلٍ مِن رَصاصٍ

الأعنف منذ سنوات...
هجوم دام للدولة الإسلامية في قلب روسيا.

فإن نسيتم قتلكم المسلمين في الشام وأفغانستان وغيرها من بلاد المسلمين، فإن جنود الخلافة ما نسوكم، واليوم تذوقون أنتم وحلفاؤكم من نفس الكأس ولله الحمد والمنّة.

واعلموا بأن دماء الكفار لا تُباح أو تُعصم بالملابس... فلا الزّي المدني يعصم الدم ولا البزة العسكرية تُبيحه، فإنما يُعصم بالإسلام ، ويُباح بالكفر.

مقتل وإصابة مئات
النصارى الروس

إلغاء جميع الفعاليات
الرياضية والثقافية وغيرها
في موسكو

إلحاق دمار كبير
بالمكان

مدينة كراسنوجورسك
في ضواحي العاصمة
الروسية موسكو

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.
Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

VIEW ON SOURCEFEED DATABASE

**[Hadm al-Aswar]**

The Bloody Moscow Attack

O righteous monotheists in America, Europe, and Russia! O supporters of the Caliphate, you who have listened to the call to fight! You are today a knife in the backs of the polytheists, so roll up your sleeves and be honest in your endeavors. Know that our fight with our enemy is a comprehensive battle and his interests are easy targets. Keep them preoccupied from your Caliphate and your land, the land of Islam. Remember the words of your Prophet, Allah's peace and blessings be upon him: "A disbeliever and his killer will never meet in hell" [Muslim].

(Shaykh Abu al-Hassan al-Muhajir (May Allah Accept Him ) - Taken from the Audio Speech "So be Patient. Verily, the Promise of Allah is True")

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.
Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

منفذو الهجوم الدامي على نصارى روسيا بمدينة "كراسنوجورسك" في "موسكو"

هجوم موسكو الدامي

"هاجم مقاتلو الدولة الإسلامية تجمعا كبيرا للنصارى في مدينة "كراسنوجورسك" في ضواحي العاصمة الروسية موسكو وقتلوا وأصابوا المئات وألحقوا دمارا كبيرا بالمكان...

ويا أيها الموحدون الصادقون في أمريكا وروسيا وأوروبا، يا أنصار الخلافة، يا من عز عليكم النفير وأنتم اليوم بين ظهراني المشركين، شمروا عن سواعد الجد واصدقوا في سعيكم، واعلموا أن حربنا مع عدونا حرب شاملة، ومصالحه يسيرة سهلة المنال، فأشغلوهم بأنفسهم عن خلافتكم ودار الإسلام، وتذكروا قول نبيكم صلى الله عليه وسلم: (لا يجتمع كافر وقاتله في النار أبدا) [رواه مسلم].

الشيخ أبو الحسن المهاجر - تقبله الله -

مقتبس من كلمة صوتية بعنوان: فاصبر إن وعد الله حق

#غزوة_موسكو

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

VIEW ON SOURCEFEED DATABASE

**[Dera' al-Sunni]**

My monotheist brother, where are you?

Make the coming news story yourself. Show them your anger at what is happening in the lands of Muslims. Follow the example of your brothers who preceded you, and fill the hearts of the disbelievers with horror!

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

أخي الموحد حيث أنت!

اصنع الخبر القادم بنفسك، وأرهم غضبك على ما يحصل في بلاد المسلمين
واحذ حذو إخوانك الذين سبقوك، واملأ قلوب الكافرين رعباً!

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.
Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

VIEW ON SOURCEFEED DATABASE

**[Serah al-Khilafah]**

Is there anyone left whose nose we have not rubbed in the dirt?!

We killed them like dogs and did not leave *** Anything for them to boast about among the people, O friend



VIEW ON SOURCEFEED DATABASE

**[Al-Battar]**

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

The Moscow Invasion

One battle, one enemy, from the far south in Mozambique to the far north in Russia, and from the far west to the far east. It is a global war waged against all polytheists and apostates, just as they fight all of us. It is blood for blood and destruction for destruction.

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

# Bloodthirsty and Boastful, IS-aligned Units Justify Attack in Russia and Incite Lone Wolves

Category: Jihadist Threat - ChatterMarch 25, 2024

CROCUS CITY HALL

البتار
ALBATTAR

غزوة موسكو

معركة واحدة عدو واحد، من أقصى الجنوب في موزمبيق إلى أقصى الشمال في روسيا ومن أقصى الغرب إلى أقصى الشرق، حرب عالمية، قتالٌ للمشركين والمرتدين كافة كما يقاتلوننا كافة،

فالدم بالدم والهدم بالهدم

300 مقتل واصابة

VIEW ON SOURCEFEED DATABASE

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF