United States Courts
Southern District of Texas
FILED

*July 22, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CRIMINAL NO. 4:24-cr-561** |
| **v.** | § § | |
| **ANAS SAID** | § | |
| **Defendant.** | § § | |

**<u>SUPERSEDING INFORMATION</u>**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**<u>COUNT ONE</u>**

**(Concealing Material Support of Terrorism– 18 U.S.C. § 2339C(c)(2)(A))**

From on or about July 1, 2023, until on or about February 1, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ANAS SAID,

while present in the United States, did knowingly conceal and disguise the nature, location, source, ownership, and control of material support or resources, knowing and intending that the material support or resources were to be provided to a designated foreign terrorist organization, namely, the Islamic State of Iraq and al-

Sham ("ISIS"), in violation of Title 18, United States Code Section 2339B(a)(1).

In violation of Title 18, United States Code, Section 2339C(c)(2)(A), and Title 18, United States Code, Section 2339C(d)(2).

## COUNT TWO

### (Making Material False Statements– 18 U.S.C. § 1001(a)(2))

On or about February 7, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ANAS SAID,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, when, in response to questions from Special Agents of the Federal Bureau of Investigation ("FBI"), SAID falsely stated that he did not possess a dangerous weapon. The statement was false because, as SAID knew, he had purchased a large Bowie style knife and had posted photo of the

large Bowie style knife online, while threatening to use it to kill as many people as possible in approximately October 2023.

In violation of Title 18, United States Code, Section 1001(a)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 981(a)(1)(C), (G), & (H) and 28 U.S.C. § 2461

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), (G), & (H) and Title 28, United States Code, Section 2461(c).

The United States gives notice to Defendant, ANAS SAID, that in the event of conviction of Count One, Concealing Material Support of Terrorism in violation of Title 18, United States Code, Section 2339C(c)(2)(A), the Defendant shall: pursuant to Title 18, United States Code, Section 981(a)(1) (H) and Title 28, United States Code, Section 2461(c), forfeit to the United States any property, real or personal, involved in a violation or attempted violation, or which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2339C, and; pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), forfeit to the United States all

right, title and interest in: all assets, foreign and domestic acquired and maintained with the intent and for the purpose of supporting, planning, conducting, and concealing a Federal crime of terrorism; and/or all assets derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism.

If any of the property described above, as a result of any act or omission by the Defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America will seek a money judgment for the value of that property and shall be entitled to forfeiture of substitute property up to the

amount of the money judgment pursuant to Title 21, United States Code, Section

853(p).


AARON F. REITZ
UNITED STATES ATTORNEY


By: _____
STEVEN SCHAMMEL
LIESEL L. ROSCHER
Assistant United States Attorneys