USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2022R04957

Magistrate Number:

CRIMINAL SUPERSEDING INFORMATION

United States Courts
Southern District of Texas
FILED

*July 22, 2026*

Nathan Ochsner, Clerk of Court

Filed  07/22/2026

No.  4:24-cr-561

Judge:  Hon. David Hittner

UNITED STATES of AMERICA

vs

ANAS SAID

**ATTORNEYS:**

| | Appt'd | Private |
|---|---|---|
| **Aaron F. Reitz, USA** — **(713) 567-9000** | | |
| Steven Schammel and Liesel Roscher, AUSA — (713) 567-9000 | | |
| Sufia Khalid | ☐ | ☒ |
| Suha Najjar | ☐ | ☒ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 2  )

Ct. 1: Concealing Material Support of Terrorism [18 U.S.C. § 2339C(c)(2)(A) ]

Ct. 2: Making Material False Statements [18 U.S.C. § 1001(a)(2)]

PENALTY:   Ct. 1:   Not more than 10 years of imprisonment and or a fine up to $250,000, and any term of years or life SRT, $100 SA

Ct. 2:   Not more than 5 years of imprisonment and or a fine up to $250,000, and not more than 3 years SRT, $100 SA

☒ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS:   Re-arraignment set 7/24/2026 at 2:30PM