**Honorable David Hittner Presiding**

| | |
|---|---|
| **Case Manager:** Joseph Wells | **Court Reporter:** D Smith |
| **USPO:** Megan Chester | **Interpreter:** |
| **Date:** 11/20/2026 | **Court Time:** 2:07 – 3:12 |

**CR. No. 4:24-cr-561 Deft No. 1**

| | | |
|---|---|---|
| **United States of America** | § | **AUSA:** Liesel Roscher, Steven Schammel |
| | § | |
| **Vs.** | § | |
| | § | |
| Anas Said | § | **Defense Counsel:** Sufia Khalid, Suha Najjar |

## SENTENCING

☒ Sentencing held ☐ With contested issues

☒ Guilty Plea ☐ Guilty Verdict Date: 7/24/2026 Counts: 1s, 2s

☐ Indictment ☒ Information

☒ Sentence:

Committed to the custody of the Bureau of Prisons for a term of 120 months as to count 1s and 60 months as to count 2s to run concurrently for a total term of 180 months. Supervised release for a term of Life. Fine waived.

☒ Special assessment on counts: 1s, 2s

☐ Remitted

☒ Counts dismissed on government's motion: 1

☐ Bond

☐ Continued ☐ Forfeited ☐ Set:

☐ Defendant ordered to surrender

☐ When designated ☐ To US Marshal on:

☒ Defendant remanded to custody

☒ Terminate other settings for defendant

☒ Terminate motions for defendant

Other:

All objections overruled pursuant to Federal Rule of Criminal Procedure 32(i)(3)(B); PSR, addendums, and appendix adopted.